UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ZWERLING,<br><br>        Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>        Defendants. | Case No. 19-cv-03622-EJD   (SVK)<br><br>**ORDER REGARDING JOINT SUBMISSION**<br><br>Re: Dkt. No. 71 |

Counsel have until **NOON on Friday, 4, 2022** to revise and resubmit[1] Ex. E to the pending discovery dispute. Dkt. 71-5. The objective of the summary chart is to identify the dispute and the parties' respective positions, in particular proposed compromises, *in brief*. It is NOT an opportunity for extensive briefing beyond the joint submission. As a starting point, all paragraphs that begin with "Further . . ." should be stricken. If the Court believes additional briefing beyond the joint submission is needed, it will ask for it.

**SO ORDERED.**

Dated: February 2, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] Revised Exhibit E is to be both filed on ECF and submitted as a Word document to SvKCRD@cand.uscourts.gov.