UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ZWERLING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03622-EJD   (SVK)<br><br>**ORDER FOLLOWING FEBRUARY 10, 2022 DISCOVERY HEARING**<br><br>Re: Dkt. No. 71 |

On February 10, 2022, the Court held a hearing on the Parties' Joint Submission comprising numerous issues regarding Defendant FMC's document production and responses to special interrogatories. Dkt. 71. At the hearing progress was made regarding the specific disputes, and the Court's rulings on those issues are attached hereto. The Court further **ORDERS** as follows:

- The Parties are to meet and confer immediately, in person or by video only, regarding entry of a protective order. No later than **12 p.m. on February 14, 2022**, the Parties are to file either the Parties' proposed protective order or a joint statement identifying areas of disagreement along with the Parties' draft order redlined (against this Court's model order) with the disputed language for both sides set forth therein.

- Supplemental document productions as ordered herein are to commence immediately on a rolling basis and be completed no later than **February 24, 2022**. All documents produced prior to entry of the protective order will be treated as "Attorneys Eyes Only," regardless of designation, until entry of the protective order.

- Supplemental responses to requests for production and verified supplemental responses to interrogatories will be served no later than **February 24, 2022**.

Finally, the Court notes that fact discovery closes in this action on March 4, 2022. From the disputes presented at the hearing it appears that the Parties' meet and confer efforts may have stalled prematurely. The Court reminds the Parties of their obligation to engage in good faith, robust meet and confer efforts before bringing disputes to the Court's attention. Progress was made over the course of the hearing, and the Court expects those efforts to continue when the Parties are not before the Court.

**SO ORDERED.**

Dated: February 10, 2022

SUSAN VAN KEULEN
United States Magistrate Judge